# EXHIBIT A

OneContent: Generated By Medctr.Pen\P22183

CARLOS AYALA; MR#: 551114330; Acct#: 80166288, Arrival Date: 10/01 09:30,Chart Status: Final

**Peninsula Regional Medical Center**
100 East Carroll Street
Salisbury, Maryland 21801
410-546-6400

**ED Physician Discharge Summary**



| | | | |
|---|---|---|---|
| **Patient Name:** | CARLOS AYALA | **Sex:** | M |
| **Birthdate:** | | **Age:** | 38 |
| **Acct No:** | | **Medical Rec No:** | 551114330 |
| **Arrival Date:** | 10/01 09:30 | **Visit Date:** | 10/01/2010 09:32:18 |
| **Primary MD:** | TLC | **Treating Provider:** | TIMOTHY J DALE |
| **Primary MD:** | TLC | **Attending MD:** | SEAN D DAKSHAW |
| **Chart Status:** | Final | | |

### Primary DX
1) Rabies immunization *(TIMOTHY J DALE 10/01 09:50)*

### Chief Complaint
1) Here for rabies immunization *(IRIS GEHRING 10/01 09:32)*

### Pre-Hospital Information
Patient arrived by private transportation. *(JUDITH A RAFKIN 10/01 10.09)*

### History of Present Illness
Have reviewed and agree with RN note.
HPI: Exam started at 09:44 *(TIMOTHY J DALE 10/01 09:44)* The onset of the presenting problem began 3 weeks ago. *(TIMOTHY J DALE 10/01 09:44)* History comes from patient. *(TIMOTHY J DALE 10/01 09:44)* Able to get a good history. *(TIMOTHY J DALE 10/01 09:44)* No complications from therapy to date. *(TIMOTHY J DALE 10/01 09:44)* Here for rabies immunization. *(TIMOTHY J DALE 10/01 09:44)* This is the 4th immunization in the recommended 5 dose schedule (i.e. day -,3,7,14,and 28). *(TIMOTHY J DALE 10/01 09:44)* PT HERE FOR 4TH RABIES SHOT *(JUDITH A RAFKIN 10/01 10.09)*
RN History: PT HERE FOR 4TH RABIES SHOT *(JUDITH A RAFKIN 10/01 10:09)* Onset of symptoms was about 28 days ago. *(JUDITH A RAFKIN 10/01 10.09)* History comes from patient. *(JUDITH A RAFKIN 10/01 10.09)*

### Review Of Systems
Except as noted all other ROS negative. *(TIMOTHY J DALE 10/01 09:44)* Denies any fever, chills, weight loss, dizziness, fatigue, loss of appetite, myalgias or sleep disturbance. *(TIMOTHY J DALE 10/01 09:44)* Denies sore throat, nasal drainage, sinus pain, congestion, facial pain or ear pain. *(TIMOTHY J DALE 10/01 09:44)* Denies headaches, blackouts,loss of strength or sensation,difficulty walking,difficulty with speech, diplopia, seizures, confusion or incontinence. *(TIMOTHY J DALE 10/01 09:44)* Denies diplopia, blurred vision, redness and pain. *(TIMOTHY J DALE 10/01 09:44)* Denies a cough, sputum,shortness of breath, chest pain, palpitations, or syncope. *(TIMOTHY J DALE 10/01 09:44)*
Denies abdominal pain, nausea and vomiting, diarrhea, black or bloody stools or flank pain. *(TIMOTHY J DALE 10/01 09:44)* Denies dysuria, frequency, hematuria, urinating less or dificulty urinating or flank pain. *(TIMOTHY J DALE 10/01 09:44)* Except as noted all other ROS negative. *(TIMOTHY J DALE 10/01 09:44)*

### Past Medical/Surgical History

OneContent: Generated By Medctr.Pen\P22183

EVALINA K AYALA; MR#: 900335160; Acct#: 80159615; Arrival Date: 09/24 11:41;Chart Status: Final

Peninsula Regional Medical Center
100 East Carroll Street
Salisbury, Maryland 21801
410-546-6400

## ED Physician Discharge Summary



| | | | |
|---|---|---|---|
| **Patient Name:** | EVALINA K AYALA | **Sex:** | F |
| **Birthdate:** | | **Age:** | 2 |
| **Acct No:** | | **Medical Rec No:** | 900335160 |
| **Arrival Date:** | 09/24 11:41 | **Visit Date:** | 09/24/2010 11:42:32 |
| **Primary MD:** | Jose Alvarado, MD , , Phone: 410-742-7660 Sofia Avendano-Welch, MD , , Phone: 410-742-7660 | **Treating Provider:** | MELISA L CULVER |
| **Primary MD:** | Jose Alvarado, MD , , Phone: 410-742-7660 Sofia Avendano-Welch, MD , , Phone: 410-742-7660 | **Attending MD:** | BRIAN J DELLIGATTI |
| **Chart Status:** | Final | | |

### Primary DX
1) Free text DX: Rabies Prevention *(MELISA L CULVER 09/24 12:23)*

### Chief Complaint
1) Here for rabies immunization *(TERI M WILKINSON 09/24 11:42)*

### Pre-Hospital Information
Patient arrived by private transportation. *(WENDY B SHELTON 09/24 11:59)*

### History of Present Illness
Have reviewed and agree with RN note.
HPI: Exam started at 12:08 2 y/o female here with family for the 3rd injection in the rabies series. Was exposed to a rabid racoon in her yard. Parents report no problems since starting the shots. *(MELISA L CULVER 09/24 12:08)* History available from mother. *(MELISA L CULVER 09/24 12:08)* Father is a source of history. *(MELISA L CULVER 09/24 12:08)* Able to get a good history. *(MELISA L CULVER 09/24 12:08)*
RN History: History is supplied by the patient's parent. *(WENDY B SHELTON 09/24 11:59)*

### Review Of Systems
Problem specific ROS othewise negative. *(MELISA L CULVER 09/24 12:08)*

### Past Medical/Surgical History
Patient has no emotional, spiritual, or cognitive needs noted. *(WENDY B SHELTON 09/24 11:57)* Patient indicates no significant PMH. *(WENDY B SHELTON 09/24 11:59)*

### Social History
Child lives with both parents. *(MELISA L CULVER 09/24 12:08)* Child is offspring of parent. *(MELISA L CULVER 09/24 12:08)*

### Allergies

10/05/2010 07:18    **Confidential Medical Record**    Page 1 of 3

Patient: AYALA, EVALINA K   MRN: 900335160   Page 1 of 3

OneContent: Generated By Medctr.Pen\P22183

GIJSBERTA AYALA; MR#: 900334309; Acct#: 80166291; Arrival Date: 10/01 09:37;Chart Status: Final

**Peninsula Regional Medical Center**
100 East Carroll Street
Salisbury, Maryland 21801
410-546-6400

**ED Physician Discharge Summary**



| | | | |
|---|---|---|---|
| **Patient Name:** | GIJSBERTA AYALA | **Sex:** | F |
| **Birthdate:** | | **Age:** | 34 |
| **Acct No:** | | **Medical Rec No:** | 900334309 |
| **Arrival Date:** | 10/01 09:37 | **Visit Date:** | 10/01/2010 09:39:08 |
| **Primary MD:** | TLC | **Treating Provider:** | TIMOTHY J DALE |
| **Primary MD:** | TLC | **Attending MD:** | SEAN D DAKSHAW |
| **Chart Status:** | Final | | |

### Primary DX
1) Rabies immunization *(TIMOTHY J DALE 10/01 09:48)*

### Chief Complaint
1) Here for rabies immunization *(IRIS GEHRING 10/01 09:39)*

### Pre-Hospital Information
Patient arrived by private transportation. *(JUDITH A RAFKIN 10/01 10:14)*

### History of Present Illness
Have reviewed and agree with RN note.
HPI: Exam started at 09:47 *(TIMOTHY J DALE 10/01 09:47)* The onset of the presenting problem began 3 weeks ago. *(TIMOTHY J DALE 10/01 09:47)* History comes from patient. *(TIMOTHY J DALE 10/01 09:47)* Able to get a good history. *(TIMOTHY J DALE 10/01 09:47)* No complications from therapy to date. *(TIMOTHY J DALE 10/01 09:47)* Here for rabies immunization. *(TIMOTHY J DALE 10/01 09:47)* This is the 4th immunization in the recommended 5 dose schedule (i.e. day -,3,7,14,and 28). *(TIMOTHY J DALE 10/01 09:47)* PT HERE FOR 4TH RABIES VACCINE *(JUDITH A RAFKIN 10/01 10:14)*
RN History: PT HERE FOR 4TH RABIES VACCINE *(JUDITH A RAFKIN 10/01 10:14)* Onset of symptoms was about 28 days ago. *(JUDITH A RAFKIN 10/01 10:14)* History comes from patient. *(JUDITH A RAFKIN 10/01 10:14)*

### Review Of Systems
Except as noted all other ROS negative. *(TIMOTHY J DALE 10/01 09:47)* Denies any fever, chills, weight loss, dizziness, fatigue, loss of appetite, myalgias or sleep disturbance. *(TIMOTHY J DALE 10/01 09:47)* Denies sore throat, nasal drainage, sinus pain, congestion, facial pain or ear pain. *(TIMOTHY J DALE 10/01 09:47)* Denies diplopia, blurred vision, redness and pain. *(TIMOTHY J DALE 10/01 09:47)* Denies a cough, sputum,shortness of breath, chest pain, palpitations, or syncope. *(TIMOTHY J DALE 10/01 09:47)* Denies abdominal pain, nausea and vomiting, diarrhea, black or bloody stools or flank pain. *(TIMOTHY J DALE 10/01 09:47)* Denies dysuria, frequency, hematuria, urinating less or dificulty urinating or flank pain. *(TIMOTHY J DALE 10/01 09:47)* Denies headaches, blackouts,loss of strength or sensation,difficulty walking,difficulty with speech, diplopia, seizures, confusion or incontinence. *(TIMOTHY J DALE 10/01 09:47)* Except as noted all other ROS negative. *(TIMOTHY J DALE 10/01 09:47)*

### Past Medical/Surgical History