### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>**Plaintiff,**<br><br>v.<br><br>**CARLOS AYALA,**<br><br>**Defendant.** | Case No. 1:24-cr-00326-JDB |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Modify Conditions of Pretrial Release and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; it is further

**ORDERED** that Defendant may possess two firearms, one shotgun and one rifle, solely for use on his farm; and it is further

**ORDERED** that Defendant shall continue to comply with all other conditions of pretrial release as set forth in the January 9, 2024 Order Setting Conditions of Release.

**SO ORDERED.**

                                                                                                          _____
                                                                                                          John D. Bates
                                                                                                          United States District Judge

Dated: _____