[redacted]

**From:** Martin, Sarah (USADC) [redacted]
**Sent:** Thursday, January 11, 2024 11:27 AM
**To:** James Trusty [redacted]
**Subject:** RE: U.S. v. Carlos Ayala (24-mj-00004): Complaint + Affidavit

Hi Jim,

Thank you for reaching out. I've passed along the information to Agent Montijo who is going to begin on the devices now. He doesn't think they'll be able to finish the devices by today, but is hoping he can get them done by tomorrow. We will keep you updated. I will make sure the filter team gets the information about the privileged communications.

Let me know if you think of anything additional.

Sarah

Sarah C. Martin
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
[redacted]

---

**From:** James [redacted]
**Sent:** Thursday, January 11, 2024 11:22 AM
**To:** Martin, Sarah (USADC) [redacted]
**Subject:** [EXTERNAL] RE: U.S. v. Carlos Ayala (24-mj-00004): Complaint + Affidavit

Sarah –

I wanted to pass on information to assist with the forensic examination and perhaps ask a question or two. The password to his Ipad and cell phone is [redacted]. His laptop password is [redacted].

For purposes of the filter team, I would expect privileged communications between Mr. Ayala and me, as well as an attorney named Herb Frerichs (not sure about the spelling of his last name). Also, he will have text messages with his wife, [redacted], at her number, which is [redacted] I believe those to be subject to marital communication privilege.

Please advise as to how quickly we can return the electronic items to Mr. Ayala. He's willing to drive to DC even later today if it can be done. He has a lot of info on his devices that he needs access to as soon as possible. For example, his home alarm system is operated through a device, so he has no ability to manage it until the device is returned. I'm willing to help, too, if it involves picking up stuff at WFO, for example.

Hope to hear from you soon –

Jim

[redacted]