[redacted]

**From:** Martin, Sarah (USADC) [redacted]
**Sent:** Monday, January 22, 2024 9:04 AM
**To:** James Trusty [redacted]
**Subject:** RE: U.S. v. Ayala - Laptop Password

Hi Jim,

I totally understand and I'm sorry for the delay, the weather last week and difficulty doing the extraction slowed us down. Agent Montijo is waiting to confirm that the cellphone successfully copied and should know around midday. I will notify you as soon as I hear from him.

Sarah

Sarah C. Martin
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
[redacted]

---

**From:** James Trusty [redacted]
**Sent:** Monday, January 22, 2024 8:39 AM
**To:** Martin, Sarah (USADC) [redacted]
**Subject:** [EXTERNAL] RE: U.S. v. Ayala - Laptop Password

Client is getting pretty anxious for his devices, or even just the phone – we were thinking one or two days and now we're almost two weeks. Any update?

**Jim Trusty**
[redacted]