[redacted]

**From:** Martin, Sarah (USADC) [redacted]
**Sent:** Wednesday, February 14, 2024 4:43 PM
**To:** James Trusty [redacted]
**Subject:** Re: Spain

Let me follow up with Agent Montijo. The issue now is with FBI's Office of General Counsel so we're having to jump through some of those hoops.

Get [Outlook for iOS]

---

**From:** James Trusty [redacted]
**Sent:** Wednesday, February 14, 2024 4:19:29 PM
**To:** Martin, Sarah (USADC) [redacted]
**Subject:** [EXTERNAL] Spain

Here's the motion and proposed order I just filed. I emailed the agent the other day for any updates on the laptop and heard nothing. Anything you can tell me on it?

**Jim Trusty**
[redacted]