**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AYALA,<br><br>*Defendant*. | Case No. 24-326 (JDB) |

**ORDER**

Upon consideration of Defendant Carlos Ayala's Motion for Return of Property and any opposition, it is this ______ day of _______, 2024 hereby

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the Government shall, within seven (7) days of the date of this Order, return to Defendant the items seized by the Government, including the following electronic devices:

(1) The Defendant's iPhone;

(2) The Defendant's iPad; and

(3) The Defendant's laptop.

Dated this ______ day of _______, 2024.

__________________________________

The Honorable John D. Bates
District Court Judge