UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>CARLOS AYALA,<br><br>Defendant. | CRIMINAL NO.  1:24-cr-00326-JDB |

### DEFENDANT'S MOTION TO TEMPORARILY MODIFY
### CONDITIONS OF PRETRIAL RELEASE

Defendant CARLOS AYALA, by and through undersigned counsel, moves this Court pursuant to 18 U.S.C. § 3143 *et seq.* to allow Mr. Ayala to travel to El Salvador, within the dates of December 23, 2024 and January 3, 2025. In support of this motion, Mr. Ayala states as follows:

On January 8, 2024, Mr. Ayala self-surrendered to FBI agents near Salisbury, Maryland on the strength of a recently issued criminal complaint, charging four misdemeanors and a felony from events at the Capitol on January 6, 2021. On that same date, Mr. Ayala was released under supervision of Pretrial Services Administration ("PSA") with a variety of conditions, including no travel outside of the continental United States without Court approval. Mr. Ayala was also ordered to turn in his passport, and he promptly complied with that condition.

Mr. Ayala remains in complete compliance with all terms of his supervised release, which is supervised by the U.S. Probation Office in the District of Maryland, where Mr. Ayala resides.

In February, and over the objection of the U.S. Attorney's Office, the Court permitted Mr. Ayala to travel to Spain. His travel and return took place without incident.

Mr. Ayala respectfully asks permission to take his family on a Christmas holiday trip to El Salvador.

AUSA Sarah Martin has advised that the government opposes the defense motion.

For several years, Mr. Ayala had been aware of a potential investigation of his presence at the U.S. Capitol on January 6, 2021. He traveled domestically and internationally repeatedly without incident. He has not broken any laws during that period and fully respects the importance of compliance with this Court's ordered conditions of release. As with his travel to Spain earlier this year, he will be with his family and has every intention of promptly returning to his home in Maryland after the Christmas/New Year celebratory trip.

WHEREFORE, Mr. Ayala requests the Court to grant permission for travel to El Salvador during the period of December 23, 2024 to January 3, 2025. To enable that travel, Mr. Ayala would ask to retrieve his passport from PSA on Friday, December 20, 2024 on the condition that he return it on Monday, January 6, 2025.

Respectfully submitted,

*/s/ James M. Trusty*
James M. Trusty
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jtrusty@ifrahlaw.com

*Counsel for Defendant CARLOS AYALA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2024, I served the foregoing by electronically using the CMF/EMF system.

                        Respectfully submitted,

                        */s/ James M. Trusty*
                        James M. Trusty
                        *Counsel for Defendant CARLOS AYALA*