**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-326 (JDB)** |
| | : | |
| **CARLOS ALBERTO AYALA,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Patrick Holvey, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     /s/ Patrick C. Holvey
        Patrick C. Holvey
        Assistant United States Attorney
        DC Bar No. 1047142
        601 D Street, N.W.
        Washington, DC 20530
        202-252-7224
        Patrick.Holvey@usdoj.gov