UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS AYALA,<br><br>   Defendant. | Case No. 24-cr-326 |

**UNITED STATES' CONSENT MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE  48(a)**

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

  Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal. The defense consents to the instant motion.

Additionally, given the motion to dismiss, the government consents to the return of the defendant's property seized in connection with the underlying investigation.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:     /s/ *Sarah Martin*
       Sarah Martin
       Assistant United States Attorney
       D.C. Bar 1612989
       601 D Street NW
       Washington, DC
       (202) 252-7048
       Sarah.Martin@usdoj.gov