**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CARLOS AYALA,**<br>    **Defendant.** | **Criminal Action No. 24-326 (JDB)** |

## ORDER

Upon consideration of [53] the government's consent motion to dismiss the indictment with prejudice pursuant to Federal Rule of Criminal Procedure 48(a), and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.  It is further **ORDERED** that all pending deadlines and hearings in this matter are hereby **TERMINATED**.  The Clerk of Court is directed to terminate this case.


                                                /s/
                                    _____
                                    JOHN D. BATES
                                    United States District Judge

Dated: January 21, 2025